UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Case No. 3:15cv224-MCR/CJK

STEPHAN SCHURMANN,

    Petitioner,

v.

JUBILIE ANQUI,

    Respondent.

_____/

## UNOPPOSED MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

Petitioner Stephan Schurmann hereby moves the Court for the entry of a preliminary injunction adopting the terms and conditions of the Temporary Restraining Order entered by the Court on May 19, 2015 (doc. 7).

The undersigned has conferred with James Levy, counsel for Respondent in her state court dissolution of marriage proceeding[1], and is authorized to represent that the Respondent does not oppose the relief requested in this motion. Specifically, the parties have stipulated to entry of a preliminary injunction: (1) requiring Respondent to remain in the jurisdiction of this Court pending the final disposition of this litigation; (2) prohibiting Respondent from concealing, removing, or causing the removal of the minor child D.S.S. from this Court's jurisdiction pending the final disposition of this litigation; and (3) requiring Respondent to surrender the

---

[1] Mr. Levy has represented to the undersigned that he will be seeking admission to this Court to represent the Respondent in this proceeding.

TLHDOCS 14015317 1 42688.0001      Filed0528'15UsDcFln3AM0830

minor child D.S.S.'s passport and travel papers to the Court pending the final disposition of this litigation.[2]

Dated this 27th day of May, 2015

Respectfully submitted,

/s/ Daniel E. Nordby
**Daniel E. Nordby, Esq.**
Florida Bar No. 14588
*dnordby@shutts.com*
**Maxine M. Long, Esq.**
Florida Bar No. 286842
*mlong@shutts.com*
**Rachel H. LeBlanc, Esq.**
Florida Bar No. 0021815
*rleblanc@shutts.com*
**Lauren K. Fernandez, Esq.**
Florida Bar No. 58570
*lfernandez@shutts.com*
**SHUTTS & BOWEN LLP**
*Attorneys for Petitioner*
215 S Monroe St Ste 804
Tallahassee, FL 32301-1858
Telephone:  (850) 521-0600

---

[2] Mr. Levy has represented to the undersigned that he has taken possession of D.D.S's passport and will tender it to the Court upon entry of an appropriate order.

TLHDOCS 14015317 1 42688.0001