# United States District Court
## CIVIL MINUTES - GENERAL

Time Commenced: 2:03 pm     Case # 3:15cv224/MCRCJK
Time Concluded: 2:21 pm     Date: May 29, 2015

DOCKET ENTRY: **Temporary Restraining Order/Show Cause Hearing**

Case shall be unsealed.  Respondent surrenders the child's passport to the clerk (to be stored in the Clerk's Office vault). Respondent shall file an Answer to the Petition by June 5, 2015.  The temporary restraining order is extended until the June 9, 2015 hearing.  Order to follow.

PRESENT: HONORABLE **M. CASEY RODGERS**, CHIEF JUDGE     Susan Simms     Donna Boland
                                                         Deputy Clerk    Court Reporter

Style of Case: **Stephan Schurmann v. Jublie Anqui**

Attorney present for Petitioner: Daniel Nordby

Attorneys present for Respondent: Jubilie Anqui (pro se)

**PROCEEDINGS:**

| Time | Event |
|---|---|
| 2:03 pm | Court in Session - Introduction of counsel/parties |
| 2:05 | Petitioner (Nordby) addresses the court re: Respondent's state court attorney's admission to this court and they have no disagreement re: preliminary injunction being entered; Court responds |
| 2:07 | Respondent (Anqui) her attorney will be admitted prior to June 9th hearing and they have no objection to extending the temporary restraining order/preliminary injunction until June 9th; Court responds |
| 2:09 | Respondent (Anqui) surrenders the child's passport to the clerk (to be placed in the Clerk's Office vault); Petitioner (Nordby) responds; Court responds |
| 2:10 | Court will convert the Temporary Restraining Order into a Preliminary Injunction Order and is extended until the June 9th hearing |
| 2:11 | Petitioner (Nordby) requests the case be unsealed and requests that the Respondent's Answer to the Petition be filed by June 5th instead of after the June 9th hearing |
| 2:12 | Court grants requests: the case is unsealed and the Respondent shall file an Answer by June 5th |
|  | Court requests the Respondent provide an email address and address until counsel appears |
|  | Court explains that the Respondent's attorney may appear on a limited purpose, if necessary |
| 2:15 | Petitioner (Nordby) inquiry re: video conference availability for June 9th hearing for Petitioner Schurmann to appear |
| 2:18 | Respondent (Anqui) notifies the court that she has a copy of her letter response to the State Department; Court responds - a copy for the court is not necessary, Respondent shall keep her response |
| 2:21 | Court notifies the parties that the child's passport will be placed in the vault until the preliminary injunction hearing |
| 2:22 | Court in Recess |

Filed in Open Court

5-29-2015
Initials of Deputy Clerk  sps

-1-