# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF FLORIDA
Arnow Federal Building, 100 North Palafox Street,
Pensacola, FL 32502.

| | |
|---|---|
| STEPHAN SCHURMANN ) | |
| ) | |
| Petitioner, ) | |
| ) Case No. **3:15cv224-MCR/CJK** | |
| v. ) | |
| ) | |
| JUBILIE ANQUI, ) | |
| ) | |
| Respondent. | |

## NOTICE OF APPEAL

Notice is hereby given that STEPHAN SCHURMANN, Petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order denying his Verified Petition for Return of Minor Child and Final Judgment entered thereon in this action on August 5, 2015.

Date: 22 August 2015

_____
STEPHAN SCHURMANN
Las Lomas Del Conde Luque 1601
29679 Benahavis, Malaga, Spain
Phone number: +34-951-190-481
Email: petitionforsean@gmail.com
DUE TO THE FACT THAT THE CHILD KIDNAPPER
ANQUI HAS REFUSED ANY COMMUNICATION
WITH MY SON SINCE 16 FEBRUARY 2015, I
HEREWITH WISH MY SON A HAPPY 7th BIRTHDAY.
I LOVE YOU D.S.S.

**PARENTAL ALIENATION is Child Abuse**

JUSTICE WILL BE SERVED – IT'S JUST A MATTER OF TIME!

Stephan Schuman
193 Red Corner Rd
Douglasville, PA 19518

United States District
Northern District



Arnow Federal Building
100 North Palafox Street
Pensacola, Fl 32502

Case # 3:15-cv-00224-mcr-cjk