# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 30, 2015

Jessica Lyublanovits
U.S. District Court
1 N PALAFOX ST
PENSACOLA, FL 32502

Appeal Number: 15-13801-G
Case Style: Stephan Schurmann v. Jubilie Anqui
District Court Docket No: 3:15-cv-00224-MCR-CJK

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Bryon Robinson, G
Phone #: (404) 335-6185

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 15-13801-G
_____

STEPHAN SCHURMANN,

                        Plaintiff - Appellant,

versus

JUBILIE ANQUI,

                        Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Stephan Schurmann failed to file a Transcript Order Form within the time fixed by the rules, effective November 30, 2015.

AMY C. NERENBERG
Acting Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Bryon Robinson, G, Deputy Clerk

                                                FOR THE COURT - BY DIRECTION